```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
BERNARDO JOSE ROSENTAL GRINBERG,         :
                                         :    20mc0145(DLC)
                      Petitioner,        :
                                         :        ORDER
              -against-                  :
                                         :
MORGAN STANLEY SMITH BARNEY, LLC d/b/a   :
MORGAN STANLEY WEALTH MANAGEMENT         :
                                         :
                      Respondent.        :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 10, 2020, Bernardo Jose Rosental Grinberg filed a request for discovery pursuant to 28 U.S.C. § 1782. It is hereby

ORDERED that the petitioner shall promptly serve the petition and its supporting documents upon the respondent and any other interested party.

IT IS FURTHER ORDERED that a telephone conference is scheduled for **April 24, 2020** at **11:00 am**. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:     888-363-4749
        Access code: 4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
       April 1, 2020

                                       _____
                                          DENISE COTE
                                    United States District Judge