```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
BERNARDO JOSE ROSENTAL GRINBERG,         :
                                         :    20mc0145(DLC)
                      Petitioner,        :
                                         :        ORDER
             -against-                   :
                                         :
MORGAN STANLEY SMITH BARNEY, LLC d/b/a   :
MORGAN STANLEY WEALTH MANAGEMENT,        :
                                         :
                      Respondent.        :
---------------------------------------- X
```

DENISE COTE, District Judge:

    This petition for discovery pursuant to 28 U.S.C. § 1782 was filed on March 10, 2020.  An Order of April 1 required the petitioner to promptly serve the petition and its supporting documents upon the respondent and any other interested party.  The April 1 Order also scheduled a telephone conference for April 24.  On April 22, the petitioner informed the Court that he had not served the petition and its supporting documents upon anyone, because his March 10 petition requested that the Court grant his request <u>ex parte</u>.  Accordingly, it is hereby

    ORDERED that the petitioner's request to proceed <u>ex parte</u> is denied.

    IT IS FURTHER ORDERED that the petitioner shall promptly serve the petition and its supporting documents upon the respondent and any other interested party, as required by the April 1 Order.  The petitioner shall file proof of service by Monday, **April 27, 2020.**

IT IS FURTHER ORDERED that the April 24 telephone conference is adjourned to Friday, **May 1, 2020** at **11:00 am**.  The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:    888-363-4749
    Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.


Dated:    New York, New York
         April 23, 2020

                                  _____
                                      DENISE COTE
                              United States District Judge