```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
BERNARDO JOSE ROSENTAL GRINBERG,         :
                                         :    20mc0145(DLC)
                      Petitioner,        :
                                         :         ORDER
          -against-                      :
                                         :
MORGAN STANLEY SMITH BARNEY, LLC d/b/a   :
MORGAN STANLEY WEALTH MANAGEMENT         :
                                         :
                      Respondent.        :
---------------------------------------- X
```

DENISE COTE, District Judge:

The Court having granted the petitioner's application to take discovery pursuant to 28 U.S.C. § 1782, it is hereby

ORDERED that a status letter is due on **May 29, 2020.**

Dated:    New York, New York
          May 1, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge