UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>APPLICATION OF BERNARDO JOSE ROSENTAL GRINBERG FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No.  20-145<br><br>~~[PROPOSED]~~ ORDER |

Upon the consideration of the application by Bernardo Jose Rosental Grinberg ("Rosental") for an order to take discovery pursuant to 28 U.S.C. § 1782, the declaration of David B. Rosemberg ("Rosemberg Decl.") in support of the application, and the memorandum of law in support of the application,

IT IS HEREBY ORDERED that:

1. The application is granted.

2. Rosental may take discovery from Morgan Stanley Smith Barney, LLC d/b/a Morgan Stanley Wealth Management by issuing a subpoena in a form substantially similar to the proposed subpoena annexed as Exhibit A to the Rosemberg Declaration ("Subpoena").

3. Steven M. Lucks of Fishkin Lucks LLP is hereby appointed to issue, sign, and cause to be served such Subpoena and to take testimony in this matter before any certified court reporter authorized to take testimony and administer oaths in the State of New York, which court reporter is hereby authorized to take testimony in this matter.

4. This Court shall retain such jurisdiction as is necessary to effectuate the terms of the Subpoena.

Dated  May 1, 2020

_____
DENISE COTE
United States District Judge

00072016.2